1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  BRIAN TRENT ADAMS,                         No.  2:20-cv-0844 KJN P

12                  Plaintiff,

13          v.                                  ORDER

14  KEVIN CHAPPELL,

15                  Defendant.

16

17          Plaintiff has filed a motion for extension of time to file a response to defendant's motion

18  to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's motion for an extension of time (ECF No. 19) is granted; and

20          2.  Plaintiff is granted thirty days from the date of this order in which to file a response.

21  Dated:  September 10, 2020

22

23                                              KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE
24  adam0844.36

25

26

27

28