# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BRIAN TRENT ADAMS,**

CASE NO: **2:20–CV–00844–TLN–KJN**

v.

**KEVIN CHAPPELL,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/18/2020**

**Keith Holland**
Clerk of Court

ENTERED:  **December 18, 2020**

by: /s/ L. Mena–Sanchez
Deputy Clerk